# Court of Appeals
# of the State of Georgia

ATLANTA, __September 30, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A1530.  HILL v. THE STATE.**

On March 19, 2015, this Court granted appellant Craig Hill, Jr.'s application for interlocutory appeal from the trial court's order denying his motion for immunity from prosecution.

Having reviewed the briefs and the record, we DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__09/30/2015__
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*